**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorney for Defendant,
*COSTCO WHOLESALE CORPORATION*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN NICHOLE SOWDERS, individually, | |
| Plaintiff, | 2:24-CV-02106-RFB-DJA |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Foreign Corporation; COSTCO WHOLESALE INTERNATIONAL, a Domestic Corporation; DOE EMPLOYEES OF COSTCO WHOLESALE CORPORATION, I through X, DOE EMPLOYEES OF COSTCO WHOLESALE INTERNATIONAL, I through X, DOE MAINTENANCE COMPANY, I through X; DOES I through XV; and ROE Corporations I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS** |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS

IT IS HEREBY STIPULATED AND AGREED by and between Defendants, COSTCO WHOLESALE CORPORATION, a Foreign Corporation; COSTCO WHOLESALE INTERNATIONAL, a Domestic Corporation; DOE EMPLOYEES OF COSTCO WHOLESALE CORPORATION; DOE EMPLOYEES OF COSTCO WHOLESALE

1

1  INTERNATIONAL; DOE MAINTENANCE COMPANY, hereafter "COSTCO"., and
2  JORDAN SOWDERS, by and through their respective attorneys of record, that the claims made
3  by Plaintiff JORDAN SOWDERS be dismissed with prejudice, with each party to bear their
4  own fees and costs incurred herein.

5  DATED this 24th day of ~~July~~ September 2025.

7  **RANALLI ZANIEL FOWLER & MORAN**        **GINA CORENA & ASSOCIATES**

8  /s/ Jason Andrew Fowler, Esq.
9  **GEORGE M. RANALLI, ESQ.**              **GINA M. CORENA, ESQ.**
   Nevada Bar No. 5748                       Nevada Bar No.: 10330
10 **JASON ANDREW FOWLER, ESQ.**            **JENNA PYLE, ESQ.**
   Nevada Bar No. 8071                       Nevada Bar No. 15309
11 **MAEGUN MOOSO, ESQ.**                    300 South Fourth Street, Suite 1400
   Nevada Bar No. 15067                      Las Vegas, Nevada 89101
12 2340 W. Horizon Ridge Parkway, Suite 100  *Attorney for Plaintiff*
   Henderson, Nevada 89052
13 *Attorneys for Defendant*
   *COSTCO WHOLESALE CORPORATION*

24 ///

2

2:24-CV-02106-RFB-DJA
**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS**

## ORDER

BASED UPON THE STIPULATION OF THE PARTIES and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff JORDAN SOWDERS claims against Defendants COSTCO be dismissed with prejudice; with each party to bear their own fees and costs.

Dated: September 24, 2025.

_____
District Court Judge
RICHARD F. BOULWARE, II

Submitted By:
**RANALLI ZANIEL FOWLER & MORAN**

/s/ Jason Andrew Fowler, Esq.
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
*Attorneys for Defendant*
*COSTCO WHOLESALE CORPORATION*